**Order entered February 8, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01553-CV

**PHYLLIS SLICKER, Appellant**

**V.**

**WILLIAM SLICKER AND LESLIE G. MARTIN, P.C., Appellees**

On Appeal from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-15742

## ORDER

Before the Court is appellee Leslie G. Martin, P.C.'s February 4, 2021 second motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 18, 2021.

/s/    KEN MOLBERG
       JUSTICE